# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| IN RE: FOLGERS COFFEE, MARKETING LITIGATION. | Case No. 21-2984-MD-W-BP<br><br>This Document Relates to<br>No. 22-00535-CV-W-BP |

### CLERK'S ORDER OF DISMISSAL

On the 26th day of August 2022, Plaintiff Kimberley Clark having filed a Stipulated Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

    IT IS ORDERED that Plaintiff Kimberley Clark's claims against Defendants are dismissed with prejudice. Each party shall each bear their own individual attorneys' fees and costs in connection with this stipulated dismissal.

                                    AT THE DIRECTION OF THE COURT

                                    Paige Wymore-Wynn, Clerk of Court
                                          **/s/ Shauna Murphy-Carr**
                                                  Deputy Clerk

Date:   November 1, 2022